Etter *et al. v.* Armstrong *et al.*

————◆————

ETTER ET AL. *v.* ARMSTRONG ET AL.

APPEAL from the Morgan Common Pleas.

PETTIT, J.—The appellants have not complied with rule 19 of this court, 32 Ind., in making marginal notes on the transcript. It is of great if not absolute necessity that this rule should be complied with, to assist the judges and facilitate business in this court, which is overwhelmed with cases and labor.

The submission is set aside, at the costs of the appellants.

*G. M. Overstreet, A. B. Hunter, W. R. Harrison,* and *W. S. Shirley,* for appellants.

*C. F. McNutt, S. Claypool, G. W. Grubbs,* and *F. P. A. Phelps,* for appellees.